IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHEILA SMITH**                                                                                          **PLAINTIFF**

**VS.**                                       **CASE NO. 4:23-CV-767 JM**

**DIOCESE OF RUSSIA**                                                       **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE